NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| T.M. RUSSO, L.P, <br><br> Plaintiff, <br><br> v. <br><br> ALFIO S. LANUTO, and <br> DOMENICA LANUTO, <br><br> Defendants. | Civil Action No.: 12-cv-4169 (CCC) <br><br> **ORDER** |

This matter comes before the Court upon the Report and Recommendation [Docket No. 11] of the Honorable Joseph A. Dickson regarding Plaintiff's motion to remand this action to state court [Docket No. 2]. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 26 day of September, 2012,

**ORDERED** that the Report and Recommendation is ADOPTED and Plaintiff's motion to remand is granted; and it is further

**ORDERED** that the Clerk of the Court shall close the file in this matter.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Claire C. Cecchi
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. CLAIRE C. CECCHI
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge